

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00734-CR

Mark Rudolph **DOMRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7177
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: November 20, 2019

DISMISSED FOR LACK OF JURISDICTION

Appellant Mark Rudolph Domres seeks to appeal the trial court's order dismissing the charges against him. An order dismissing charges is not an order a defendant may appeal. *Bohannan v. State*, 353 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd); *accord Crider v. State*, No. 04-19-00512-CR, 2019 WL 4647705, *1 (Tex. App.—San Antonio Sept. 25, 2019, no pet.) (per curiam) (mem. op.). On October 25, 2019, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond

to the order. Accordingly, we dismiss this appeal for lack of jurisdiction. *See Bohannan*, 353 S.W.3d at 48.

PER CURIAM

DO NOT PUBLISH